Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000133
16-FEB-2018
01:17 PM

NO. CAAP-17-0000133

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GAIL I. DIAS, Plaintiff-Appellant,
v.
STATE OF HAWAI'I; CHRISTINA KISHIMOTO, IN HER
OFFICIAL CAPACITY AS SUPERINTENDENT, HAWAII
STATE DEPARTMENT OF EDUCATION; SUSAN HIROKANE, IN HER
OFFICIAL CAPACITY AS PRINCIPAL, PEARL CITY ELEMENTARY
SCHOOL; CARL ARNEMANN, IN HIS OFFICIAL CAPACITY AS
CLINICAL PSYCHOLOGIST FOR LEEWARD DISTRICT;
CALVIN KANESHIRO, IN HIS OFFICIAL CAPACITY AS STUDENT
SERVICES COORDINATOR; MARIE BURGHARDT, IN HER
OFFICIAL CAPACITY AS DISTRICT EDUCATIONAL SPECIALIST
FOR THE LEEWARD DISTRICT, Defendants-Appellees,
and
JOHN and JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 110; and OTHER DOE ENTITIES 1-10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1939)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On March 2, 2017, Plaintiff-Appellant Gail I. Dias (Dias) filed the notice of appeal;

(2) On August 11, 2017, the circuit court clerk filed the record on appeal;

(3) On August 14, 2017, the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before August 21, 2017, and September 20, 2017, respectively;

(4) Dias did not file either document or request an extension of time;

(5) On October 3, 2017, the appellate clerk notified Dias that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on October 13, 2017, for appropriate action, which could include dismissal of the appeal, pursuant to Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Dias may request relief from default by motion; and

(6) Dias took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, February 16, 2018.

Presiding Judge

Associate Judge

Associate Judge